UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eric Houston,                              )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 )        Civil Action No. 14-0641 (UNA)
                                           )
Mary D. Andrea *et al.*,                   )
                                           )
        Defendants.                        )
                                           )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



Plaintiff is a prisoner at the United States Penitentiary in Lewisburg, Pennsylvania. He sues two individuals who may work at a federal court in Williamsport, Pennyslvania. *See* Compl. Caption (listing defendants' address as "US Courthouse Suites"). Plaintiff demands damages exceeding $ 1.1 million, *see* Compl. at 5, but the complaint consists of incoherent statements that do not implicate the named defendants in any wrongdoing. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: May 19, 2014

2